TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00686-CR







Karandal Benford, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT


NO. 9024186, HONORABLE BOB PERKINS, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel, Mr. John S. Butler, is ordered to tender a brief in this cause no later than June 30, 2003. 
No further extension of time will be granted.

It is ordered May 30, 2003. 


Before Chief Justice Law, Justices B. A. Smith and Puryear

Do Not Publish